UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ALEX JOHN JONES,
   a/k/a "Bunz"

    Defendant.

CR21-09 SRN/KMM

INDICTMENT

18 U.S.C. § 751(a)

THE UNITED STATES GRAND JURY CHARGES THAT:

### COUNT 1
(Escape From Custody)

On or about April 25, 2020, in the State and District of Minnesota, the defendant,

**ALEX JOHN JONES, a/k/a "Bunz",**

who by virtue of a felony conviction, was in the custody of the Bureau of Prisons and confined to the Volunteers of America Halfway House, did knowingly leave the custody of the Bureau of Prisons without authorization, all in violation of Title 18, United States Code, Section 751(a).

A TRUE BILL

_____    _____
UNITED STATES ATTORNEY        FOREPERSON



SCANNED
JAN 12 2021
U.S. DISTRICT COURT MPLS